**Order entered August 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00617-CV

## MARK SMITH, MARK & TAMMY SMITH, LLC, TEE DANIEL, AND DARIN KIDD, Appellants

### V.

## NERIUM INTERNATIONAL, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03726**

## ORDER

Before the Court is appellants' August 3, 2018 opposed motion to shorten time for appellee to file its brief. We **DENY** the motion.

/s/     DAVID EVANS
         JUSTICE